UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KASEY FARIA,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF JOSEPH MCDONALD, et al.,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*   Civil Action No. 19-12438-ADB<br>*<br>*<br>*<br>*<br>* |

ORDER

BURROUGHS, D.J.

On December 9, 2029, Kasey Faria, who is incarcerated at the Plymouth County Correctional Facility, filed a civil complaint. Faria claims that PCCF employees failed to protect him from a dangerous inmate and were deliberately indifferent to his injuries after the inmate attacked him. Faria also filed a motion for leave to proceed *in forma pauperis*.

In a memorandum and order dated April 7, 2020 [ECF #7], the Court granted Faria's motion for leave to proceed *in forma pauperis*. The Court also found that Faria's complaint failed to state a claim upon which relief could be granted because it did not identify the alleged misconduct of the individual defendants. The Court directed Faria to file an amended complaint within forty-two (42) days and stated that failure to do so could result in dismissal of the action.

The deadline for Faria to file an amended complaint has passed without any response from him. Accordingly, for the reasons set forth in the Court's April 7, 2020, this action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

Dated: 6/4/2020

                                                                  /s/ Allison D. Burroughs
                                                                  ALLISON D. BURROUGHS
                                                                  DISTRICT JUDGE